# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Matthew Patrick Kohler<br><br>_____<br>Defendant | ) Case: 1:24-mj-00141<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 4/23/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Matthew Patrick Kohler

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     04/23/2024

2024.04.23
14:51:11 -04'00'
_Issuing officer's signature_

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 04/23/2024, and the person was arrested on _(date)_ 04/25/2024
at _(city and state)_ San Jose, CA

Date:   04/25/2024

_Arresting officer's signature_

Katherine Wilson - Special Agent
_Printed name and title_