IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 24-cr-237 (RBW) |
| | : | |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | |
| MATTHEW KOHLER, | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Matthew Kohler, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police ("USCP"). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote

Page 1 of 9

count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted

those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

***Matthew Kohler's Participation in the January 6, 2021, Capitol Riot***

8. On January 6, 2021, KOHLER was part of a large crowd walking toward the U.S. Capitol, approaching from the west. By 2:19 p.m., KOHLER had joined the crowd in advancing up a set of exterior stairs on the northwest side of the Capitol, leading toward the Capitol's Upper West Terrace.

9. From the Upper West Terrace, KOHLER entered the Capitol building through the Senate Wing Door at 2:23 p.m.— ten minutes after the first breach of the Capitol building, which took place at this entrance. At the time of KOHLER's entry, glass in the door was visibly cracked, nearby windows were shattered, and a loud alarm siren was blaring.



10. Once inside, KOHLER walked in the direction of the area of the Capitol known as "the Crypt." KOHLER reached the Crypt at approximately 2:25 p.m., just as the crowd of rioters who had already gathered there began to push past a line of USCP officers in the middle of the room. CCTV and open-source footage show KOHLER entering the Crypt as the crowd shouts and surges forward. Moments later, KOHLER can be seen joining the crowd in chanting "OUR HOUSE" and "STOP THE STEAL."



Page 4 of 9

11. KOHLER remained in the Crypt until approximately 2:32 p.m., when he walked upstairs to the Capitol building's second floor and entered the Rotunda at 2:33 p.m. He stayed in the Rotunda for approximately eight minutes, during which he posed for photographs, joined other rioters in chanting, and filmed his surroundings on his cellular phone.



12. From the Rotunda, KOHLER walked south, in the direction of the House of Representatives. He entered Statuary Hall at approximately 2:41 p.m. and, in response to other rioters waving the crowd forward, ran in the direction of the House of Representatives. Within a few seconds, KOHLER joined a crowd that had formed outside the entrance to the House Chamber. KOHLER moved forward with the crowd, and, within two minutes, he was in close proximity to the House Chamber entrance.



13. At approximately 2:45 p.m., shortly after a group of police officers reached the House Chamber entrance, KOHLER turned around and walked back through Statuary Hall and to the Rotunda. He re-entered the Rotunda at 2:47 p.m. and remained there for approximately three minutes. KOHLER then left the Rotunda and proceeded to exit the Capitol building through the East Rotunda Doors at 2:51 p.m.



*Elements of the Offense*

14. The parties agree that 40 U.S.C. § 5104(e)(2)(D) requires the following elements:

    a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings;

    b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress *and*

    c. Third, the defendant acted willfully and knowingly.

15. The parties agree that 40 U.S.C. § 5104(e)(2)(G) requires the following elements:

    a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings; *and*

    b. Second, the defendant acted willfully and knowingly.

*Defendant's Acknowledgments*

16. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that:

    a. KOHLER entered the U.S. Capitol building on January 6, 2021, knowing that he was not allowed to be inside the building;

    b. On January 6, 2021, KOHLER willfully and knowingly engaged in disorderly or disruptive conduct in the U.S. Capitol building with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress; *and*

    c. On January 6, 2021, KOHLER paraded, demonstrated, or picketed in the U.S. Capitol building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   *s/ Sean J. Brennan*
      SEAN J. BRENNAN
      Assistant United States Attorney
      NY Bar No. 5954128
      601 D Street NW
      Washington, DC 20530
      sean.brennan@usdoj.gov
      (202) 252-7125

**DEFENDANT'S ACKNOWLEDGMENT**

    I, Matthew Kohler, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/23/2024

MATTHEW KOHLER
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

    I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 07/31/24

JOHN M. PIERCE
Attorney for Defendant